UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MARIA ELLISON,

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

Case No.  1:17-cv-00102-MV-LF

## ORDER OF DISMISSAL

Pursuant to the stipulation and agreement of the parties, and good cause appearing,

IT IS HEREBY ORDERED dismissing Plaintiff Maria Ellison's claims against Defendant Unum Life Insurance Company of America with prejudice, each party to bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -

**Submitted/Approved by:**


By:  *s/ Kristina N. Holmstrom*
Kristina N. Holmstrom
LEWIS ROCA ROTHGERBER CHRISTIE LLP
*Attorneys for Defendant Unum*
*Life Insurance Company of America*
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311
Fax: 602.262.5747
kholmstrom@lrrc.com

By:  *s/ Donald D. Vigil (w/ permission)*
Donald D. Vigil
Nicholas C. Stiver
DONALD D. VIGIL, P.C.
*Attorneys for Plaintiff*
100 Fourteenth Street SW
Albuquerque, NM 87102
Tel: 505-247-2020
Fax: 505-764-8380
donvigil@donalddvigil.com